171 So.2d 667

Jack RAGUSA

v.

PLY–WOODS, INC.

No. 47636.

Feb. 25, 1965.

In re: Ply-Woods, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 170 So.2d 254.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

171 So.2d 667

Odis TURNER, administrator of the estate of the minor, Doris Marie Turner,

v.

CONSOLIDATED UNDERWRITERS.

No. 47627.

Feb. 25, 1965.

In re: Consolidated Underwriters applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of DeSoto. 170 So.2d 199.

Writ granted but limited to the issue of prescription.